ANNE M. BRADLEY *v.* JERALD S. BARBER ET AL.
(AC 33793)

DiPentima, C. J., and Lavine and Bear, Js.

Argued September 21—officially released November 13, 2012

*Anne M. Bradley,* pro se, the appellant (plaintiff).

*Jerald S. Barber,* for the appellees (defendants).

*Opinion*

PER CURIAM. The plaintiff, Anne M. Bradley, appeals from the judgment of dismissal rendered pursuant to Practice Book § 14-3. The court has reviewed the record, briefs and oral argument thoroughly in this case and has considered the applicable law. We find no error by the trial court in its order dismissing the action.

The judgment is affirmed.